IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) ROBERTO A. MIRANDA. ) ) | ORDER |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 10].

For the reasons stated, the Court will dismiss the indictment without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 10 is hereby **GRANTED** and the indictment is hereby dismissed without prejudice.

Signed: February 25, 2010

Martin Reidinger
United States District Judge